NATIONAL LABOR RELATIONS BOARD, Petitioner, v. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 513, AFL.

No. 14763.

United States Court of Appeals
Eighth Circuit.

Jan. 13, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MODERN OPTICS, Incorporated, Respondent.

No. 14412.

United States Court of Appeals
Fifth Circuit.

Feb. 12, 1953.

A. Norman Somers, Asst. Gen. Cnsl., National Labor Relations Bd., and David P. Findling, Assoc. Gen. Cnsl., Washington, D. C., for petitioner.

No appearance entered on behalf of respondent.

Before HOLMES, BORAH and RUSSELL, Circuit Judges.

PER CURIAM.

The motion of the National Labor Relations Board for the summary entry of a decree upon the transcript of record is granted, and a decree for the enforcement of the Board's order will be made accordingly, and may be presented for entry.

Ivan W. STEELE, Warden, United States Medical Center, Springfield, Missouri, Appellant, v. Charles W. EDWARDS.

No. 14721.

United States Court of Appeals
Eighth Circuit.

Jan. 15, 1953.

Charles W. Edwards, pro se.

Sam M. Wear, U. S. Atty. and Sam O. Hargus, Asst. U. S. Atty., Kansas City, Mo., for Steele.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

UNITED STATES of America, Appellant, v. KANSAS CITY PUBLIC SERVICE COMPANY.

No. 14623.

United States Court of Appeals
Eighth Circuit.

Jan. 20, 1953.

Ellis N. Slack, Sp. Asst. to Atty. Gen. and Sam M. Wear, U. S. Atty., Kansas City, Mo., for appellant.

Carl V. Rice and William S. Hyatt, Jr., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant. 100 F.Supp. 105.